# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 21-6726

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DORMONIC MONTELARY JONES,

        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:07-cr-00112-WO-1)

Submitted:  March 30, 2022                      Decided:  April 22, 2022

Before NIEMEYER, DIAZ, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dormonic Montelary Jones, Appellant Pro Se.  Angela Hewlett Miller, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dormonic Montelary Jones appeals the district court's order granting in part and denying in part Jones' request for a sentence reduction pursuant to § 404 of the First Step Act of 2018, Pub L. No. 115-391, 132 Stat. 5194. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Jones' informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*